IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00832-ZLW

JERRY MASKE,

Applicant,

v.

ROBERT MURPHY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 22 2010

GREGORY C. LANGHAM
CLERK

ORDER

Applicant, Jerry L. Maske, acting *pro se* filed seven separate Letters with the Court on April 19 and 20, 2010, (Doc. Nos. 5-11). In several of the Letters, Mr. Maske requests that the Court "move [his] cases to a United States District Court that is not associated with the State of Colorado." Mr. Maske seeks a transfer of his cases because he believes that he has been treated unfairly by the Court.

Under 28 U.S.C. § 1404 a transfer of a case to a different federal court is within the sound judicial discretion of a trial judge. *Stewart Organization, Inc. v. Ricoh Corp.*, 487 U.S. 22, 29 (1988); *Texas E. Transmission Corp. v. Marine Office-Appleton & Cox Corp.*, 579 F.2d 561, 567 (10th Cir. 1978). An action may be transferred under § 1404(a) at any time during the pendency of a case and even after judgment has been entered. *See Chrysler Credit Corp. v. Country Chrysler, Inc.*, 928 F.2d 1509, 1516 (10th Cir. 1991) (citing 15 C. Wright, A. Miller & E. Cooper, *Federal Practice and Procedure* § 3844 at 334-35 (1986)). Nothing in Mr. Maske's request, however, justifies a transfer of this case under § 1404. Accordingly, it is

ORDERED that Mr. Maske's request for a transfer of this case to any other federal district is denied.

DATED at Denver, Colorado, this __21st__ day of __April__, 2010.

BY THE COURT:

*Christine M Arguello*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00832-ZLW

Jerry Maske
2705 Danube Way, Unit 101
Aurora, CO 80013

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/22/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk